DANIEL H. SLATE (SBN: 78173)
ALEXANDRA KAZHOKIN (SBN: 245051)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: dslate@buchalter.com
Email: akazhokin@buchalter.com

Attorneys for Debtors
Mecachrome International, Inc. et al.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MECACHROME INTERNATIONAL, INC. et al.,[1]<br><br>Debtors. | Case No. 2:09-bk-24076<br><br>Chapter: 15<br><br>**NOTICE OF MOTION TO DISMISS CHAPTER 15 CASE AND NOTICE OF CONTINUED STATUS HEARING**<br><br>**Continued Hearing:**<br><br>Date: April 7, 2010<br>Time: 10:30 a.m.<br>Ctrm: 1645 |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT** Mario Denis for Ernst & Young, Inc., the duly appointed monitor (the "Foreign Representative") by the Superior Court of Quebec, Montreal District, for Mecachrome International, Inc., Mecachrome Canada, Inc., Mirabel-Mecachrome,

---

[1] The following proceeding is currently pending in the Superior Court of Quebec, Montreal District, Court No. 500-11-035041-028: In the matter of the plan of compromise or proposed arrangement of Mecachrome International, Inc., Mecachrome Canada, Inc., Mirabel-Mecachrome, Inc., Mecachrome Montreal-Nord, Inc. and Mecachrome Technologies, Inc. pursuant to the provisions of the Companies' Creditors Arrangement Act, a duly constituted corporation, having head office and principal place of business at 1501 McGill College Avenue, Suite 1200, province of Quebec, H3A 3M8 (the "Mecachrome Reorganization Proceeding").

Inc., Mecachrome Montreal-Nord, Inc. and Mecachrome Technologies, Inc. (the "Debtors"), moves this Court for an order dismissing this chapter 15 case (the "Motion to Dismiss"). This chapter 15 case should be dismissed because (i) the reorganization has been completed, (ii) dismissal is consistent with the principles of comity and (iii) it would best serve the purposes of chapter 15.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion to Dismiss will take place on April 7, 2010 at 10:30 a.m. before the Honorable Richard M. Neiter, United States Bankruptcy Judge, in Courtroom 1645 of the Edward R. Roybal Federal Building and Courthouse located at 255 E. Temple Street, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE THAT** the Motion to Dismiss is based on the Memorandum of Points and Authorities and the Declaration of Mario Denis accompanying the Motion, all pleadings and documents on file with the Court, and the arguments of counsel at the hearing on the Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Rule 9013-1(f), any opposition or response to the Motion to Dismiss must be filed with the Court and served upon counsel for the Debtors at the address set forth above and other parties legally entitled thereof at least 14 days before the date of the hearing.

**PLEASE TAKE FURTHER NOTICE THAT** any party who opposes the Motion to Dismiss but fails to file papers as set forth above may be deemed by the Court to have consented to the granting of the requested relief.

//
//
//
//
//
//
//

**PLEASE TAKE FURTHER NOTICE THAT** a status hearing set for Mach 17, 2010 at 2:00 p.m. has been continued to **April 7, 2010 at 10:30 a.m.** and will take place at the same time and place as the hearing on the Motion to Dismiss.

DATED: March 9, 2010

BUCHALTER NEMER
A Professional Corporation

By: /s/ Alexandra Kazhokin
DANIEL H. SLATE
ALEXANDRA KAZHOKIN
Attorneys for Debtor Mecachrome
International, Inc. et al.

| In re: Mecachrome International Inc., et al. | CHAPTER 15 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-24076-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017.

A true and correct copy of the foregoing document described **NOTICE OF MOTION TO DISMISS CHAPTER 15 CASE AND NOTICE OF CONTINUED STATUS HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 9, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Dare Law    dare.law@usdoj.gov
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On March 9, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Mecachrome International Inc., et al.
1501 McGill College Avenue
Suite 1200
Quebec, Canada, PQ H3A 3M8

Jonathan R Motl
401 N Last Chance Gulch
Helena, MO 59601

Honorable Richard M. Neiter
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

Cohen Stimpert & Ford, LLP
6380 Wilshire Blvd., #850
Los Angeles, CA 90048

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/9/10 | SANDRA I. ALARCON | /s/ Sandra I. Alarcon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

9161-0113 Quebec Inc.
2840 Ch D'Oka
Ste-Marthe-Sur Le, Quebec JON 1PO

Aero Fasteners Co Inc
300 Union St PO Box 507
Westfield, MA 01085

Alcan CMIC
17 Place des Reflects
La Defence 2
Courbevoie, France 92400
9161-0113 Quebec Inc.
2840 Ch D'Oka
Ste-Marthe-Sur Le, Quebec JON 1PO

Aero Fasteners Co Inc
300 Union St PO Box 507
Westfield, MA 01085

Alcan CMIC
17 Place des Reflects
La Defence 2
Courbevoie, France 92400

Alcan Rhenalu
17 Place des Reflects
La Defence 2
Courbevoie, France 92400

Alcoa Europe
P.O. Box 383
Kitts Green Road
Birmingham, UK B33 9QR

Altran Canada Inc
451 D St
Boston, MA 02210

AQA ASS Québécoise de L'Aerospat
5145 Ave Decelles CNRC Bureau 424
Montreal, Québec H3T282

ASC Industries
1227 Corporate Dr West PO Box 200728
Arlington, TX 76006

Ava Consulting
51 Jonathan Gate
Thornhill, Ontario L6H 2R7

Bank of New York Mellon
One Canada Square
London, England E145AL

Banking Syndicate
Separate addresses for each member
BNY Trust Company of Canada
4 King St West Suite 1101
Toronto, Ontario M5H1B6

Boeing c/o TMX Aerospace
20425 72 Ave South Suite 400
Kent, WA 98032

Boeing Technology Services
PO Box 3707
Seattle, WA 98124

BVD Consulting
1 Allee des Crayons
Mariel-Sur-Mauldre, France 78124

Canon Canada Inc
Parc D'Affaires Trans Canal de Liberty
Saint Laurent, Québec H4S126

Can-Tech Services
45 Baldwin Street
Whitby, Ontario L1M 1A2

CBSC Capital Inc
1235 North Service Road WE Suite 100
Oakville, Ontario 16M2W2

CDI Aerospace Technologies
PO Box 915075
Dallas, TX 75391-5057

Chatal S.A.S.
20 Boulevard de la Briere
Herbignac, France 44410

Cheever Racing LLC
8266 Zionsville Rd
Indianapolis, IN 46268

CIT Financial Ltd
5035 South Service Rd
Burlington, Ontario L7R 3Y8

CNW Telbec
2000 Ave McGill College 3E Etage
Montreal, Québec H3A3H3

Commission de la Sante Et De
11493 Succ Cent
Montreal, Québec H3C581

Commission de Normes Du Travale
500 Boul René Lévesque Oui 25E Étage
Montreal, Québec H2Z2A5

Confidential E TEA
4941 Taillefer
Pierrefonds, Québec H8Z3L9

Continental Forge
412 E El Segundo Blvd
Compton, CA 90222

Corporation Alter Moneta
101 Blvd Roland Therrien Suite 550
Longueil, Québec J4H 4B9

Corporation Alter Moneta
101 Blvd Roland Therrien
Longueil, Québec J4H 4B9

Corporation de Credit AIG du Canada
2000 Ave McGill College
Montreal, Québec H3A3H3

CSST
1 Complexe Desjardins
Tou Succ. Desjardins
Montreal, Quebec H5B 1H1

CSST
1199 Re de Bleury 3É Étage CP 6056
Montreal, Québec H3C4E1

CT Core Technologie Vente
106 Avenue Jean Jaures
Lyon, France 69007

Cyclone Manufacturing Inc.
7300 Rapistan Court
Mississauga, Ontario L5N 5S1

Dell Financial Services Canada Ltd
5035 South Service Rd
Burlington, Ontario L7R 3Y8

Deslauriers Jeansonne
1100 Rue de la Gauchetiere Rue Étage
CP 104
Montreal, Québec H3B2S2

ECA CNAI
Parc Techno De Basso Camb 5 Rue
Paul Mesple
Toulouse Cedex 01, France 31047

Enidine Incorporated
7 Centre Dr
Orchard Park, NY 14127-2293

Ernst & Young CA
800 Boul Rene Levesque Oue Bureau 1900
Montreal, Québec H3B1X9

Et Emergo Inc.
1360 White Oaks Boulevard Suite 1604
Oakville, Ontario L6H 2R7

Fafard Usinage de Precision Inc.
429 Rue Bourque
Local 101
Le Gardeur, Quebec J5Z 5A2

Federal Express Canada Ltd
5985 Explorer Drive
Mississauga, Ontario L4W5K6

Financial Dynamics SAS
9 Rue Scribe
Paris, France 75009

Financiere Manuvie
Gestion Des Contrats CP 1627
Waterloo, Ontario N2J4P4

Fonds de Solidarte
545 Boul Cremazie Est Bureau 200
Montreal, Québec H2M2W4

Genephi 3 Inc
15 Rue du Comte
Saint-Sauveur, Québec J0R 1R4

GFL a division of Thomas And Beits
180 Avenue Labrosse
Pointe Claire, Québec H9R IAI

GMAC
1908 Colonel Sam Dr
Oshawa, Ontario L1H 8P7

Henri Durand
5726 Toad Hollow Ln
Indianapolis, IN 46220

HKDP Communications et Affaires
580 Grande Ellee Est Bureau 240
Québec, Québec G1r2k2

IBM Canada Limited
4111 Northside Pkwy
Atlanta, GA 30327

IBM Canada Ltée
P.O. Box 450
Montreal, Quebec H4Z 1K6

Institut Formation Aeropostalia
11800 Rue Service A 5
Mirabel, Québec J7N1G1

Intercall Canada
10117 Jasper Avenue Suite 520
Edmonton, Alberta T5J1W8

Investment Québec
393 Rue St Jacques Bureau 500
Montreal, Québec H2Y 1N9

Isabelle Lebeau
710 Ravel
Brossard, Québec J4X2L4

Israel Aircraft Industries Ltd
Ben Gurion Internal A
Tel Aviv, Israel 70100

James Turner
162 2E Avenue
Verdon, Québec H4G2WE

Jonathan Martinez
405 Boul de la Magdelene
La Prairie, Québec J5R4E2

Kennametal Ltd
1600 Technology Way
Latrobe,PA 15650-0231

Le Cabinet de Relations Publiques
A S Boucher Harper
630 Rue Sherbrooke
Montreal,Québec H3A1E4

Les Metaux Specialises Samuel
21525 Clark Graham
Baie D'Urfe,Quebec H9X 3T5

Lift Capital Corp
300 The East Mall
Toronto,Ontario M9B 6B7

Makino Inc
7680 Innovation Way
Mason,OH 45040

Manpower
PO Box 4277 Stn A
Toronto,Ontario M5W5WI

Max Aerospace Inc.
174 Sturgeon Glen Road
Fenelon Falls,Ontario KPM 1N0

Maya Heat Transfer Technologies
4999 rue Ste. Catherine Oues Suite 400
Montreal,Quebec H3Z 1T3

Mecachrome Canada Inc
1501 Avenue McGill College Suite 1200
Montreal,Québec H3A3M8

Mecachrome France SAS
27 Rue De La Milletiere BP 57347
37073 Tours Ceden 2,France

Mecachrome International Inc.
1501 Avenue McGill College Suite 1200
Montreal,Quebec H3A 3M8

Mecachrome Montreal-Nord Inc.
1501 Avenue McGill College Suite 1200
Montreal,Quebec H3A 3M8

Mecachrome Technologies Inc
1501 Avenue McGill College Suite 1200
Montreal,Québec H3A3M8

Metalmart International Inc
5828 Smithway St
Commerce,CA 90010-1606

Metrologic Group Services
28064 Center Oaks
Wixom,MI 48393

Michael Marcucci Design Services
348 Royal Parkway
Woodbridge,Ontario L4H 1K1

Minstere du Revenu du Quebec
1600 Boul, Rene-Levesque Ou.
3E Etage Secteur R
Montreal,Quebec H3H 2V2

Mirabel-Mecachrome Inc
1501 Avenue McGill College Suite 1200
Montreal,Québec H3A3M8

Montreal International
380 Rue Saint Antoine Quest Bureau 8000
Montreal,Québec H2Y3X7

Net Vantage Outsourcing
2960 Steeplechase
St-Lazare,Quebec J7T 2B1

Nicol Technicial Services
119 Craighurst Avenue
Toronto,Ontario M3R 2C1

Oliver Wyman SAS
1000 Rue De La Gauc
Montreal,Québec H3B5H4

Partenariat Techno
235 Rue Queen
Ottawa,Ontario K1P5G8

Recall
P O Box 8060
Postal State A,Ontario M5W3W5

Ryerson Canada Inc
3399 Francis Huges
Laval,Québec H7L 5A5

SECO Tools Inc
2805 Bellingham Dr
Troy,MI 48083

Single Source Technologies Canada
170 Ambassador Drive Unit 1
Mississauga,Ontario L5T 2H9

SKF Aerospace France SAS
1 Avenue Marc Seguin
Saint Vallier Cedex,France 26241

Stock Quotes Professional Inc
918 16th Avenue NW Suite 178
Calgary,Alberta T2M 0K3

Summit Aeronautics
3200 Skyway Dr
Helena,MT 59602





TDM Technical Services
3924 Chesswood Drive
North York, Ontario M3J 2W6

The Canada Trust Company
79 Wellington Stre
Toronto, Ontario M5K 1A2

Toyoda Machinery USA Corp
25 Wedgewood Dr
Saco, ME 04072

Videotron Ltee
612 St Jacques 3 Jeme Etage Tours
Montreal, Québec H3C 4M8

Vidéotron Ltée
C.P. 11427  Succ. Centre-Ville
Montreal, Quebec H3C 5H6

Ville de Mirabel
14111 Rue St-Jean
Mirabel, Quebec J7J 1Y3

Wesco Aircraft
PO Box 802020
Santa Clarita, CA 91380-2020

Winters Technical Staffing Service
7181 Woodbine Avenue Unit 227
Markham, Ontario L3R 1A3

Wyman-Gordon Co
244 Worcester Street Box 8001
North Grafton, MA 01536-8001

